# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0236
Lower Tribunal No. 2024-CT-502713

_____

STATE OF FLORIDA,

Appellant,

v.

GEOVANI FORTUNATO DASILVA,

Appellee.

_____

Appeal from the County Court for Lee County.
Devin S. George, Judge.

May 26, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and MIZE, JJ., concur.


James Uthmeier, Attorney General, Tallahassee, and Wendy Buffington, Senior Assistant Attorney General, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellant.

Conner R. Martin, of Suarez, Rios, & Weinberg, P.A., Fort Myers, Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED